1

2

3

4

5

6

7

8                       IN THE UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JUSTIN M. PANELL,

11            Plaintiff,                        No. 2:13-cv-0368 JFM P

12        vs.

13   SACRAMENTO COUNTY
     SHERIFF'S DEPARTMENT,
14
              Defendant.                        ORDER
15   _____/

16            Plaintiff, a county inmate proceeding pro se, has filed a civil rights action

17   pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis

18   pursuant to 28 U.S.C. § 1915.  Plaintiff has not, however, filed his application for leave to

19   proceed in forma pauperis on the form used by this district.  Use of the form assists plaintiff to

20   establish and the court to evaluate plaintiff's in forma pauperis status in light of 28 U.S.C.

21   § 1915 (b)(1) and (2).  Accordingly, plaintiff's application will be dismissed and plaintiff will be

22   provided the opportunity to submit the application on the appropriate form.  Plaintiff is cautioned

23   that he must also provide a certified copy of his inmate trust account statement for the six month

24   period immediately preceding the filing of his complaint.

25            In accordance with the above, IT IS HEREBY ORDERED that:

26   /////

                                              1

1      1.  Plaintiff's application to proceed in forma pauperis is (ECF No. 2) is dismissed

2  without prejudice;

3      2.  The Clerk of the Court is directed to send plaintiff a new Application to

4  Proceed In Forma Pauperis By a Prisoner; and

5      3.  Plaintiff shall submit, within thirty days from the date of this order, a

6  completed application to proceed in forma pauperis on the form provided with this order.  The

7  completed application must bear the case number assigned to this action, and must include a

8  certified copy of his inmate trust account statement for the six month period immediately

9  preceding the filing of his complaint.  Plaintiff's failure to comply with this order may result in

10  the dismissal of this action without prejudice.

11  DATED:  April 11, 2013.

12  _____

13  EDMUND F. BRENNAN
    UNITED STATES MAGISTRATE JUDGE

14

15

16  12/kly
    pane0368.3djfm

17

18

19

20

21

22

23

24

25

26